E-FILED
Tuesday, 15 December, 2015  10:44:39 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MAHER ABDELJAWAD, individually, and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 15-2265 |
| GALARDI GROUP, INC., a California corporation, | ) ) ) | |
| Defendant. | ) ) | |

### ORDER

1. This matter is set for a Scheduling Conference under Fed. R. Civ. P. 16 <u>by personal appearance</u> before the court sitting in Urbana, Illinois, on January 21, 2016, at 2:30 p.m.

2. <u>Lead counsel for the parties</u> must attend and be prepared to discuss all issues listed in Local Rule 16.2 (CDIL-LR 16.2) and Fed. R. Civ. P. 26.

3. At least 14 days prior to the scheduling conference, the parties must comply with the initial disclosure requirements of Fed. R. Civ. P. 26. A certificate of compliance must be filed, but the <u>disclosures are NOT to be filed</u>. (CDIL-LR 26.3(A)).

4. The parties shall file a proposed discovery plan **at least 7 days prior** to the scheduling conference. Failure to submit the discovery plan required by this order may result in the cancellation of the discovery conference and assessment of costs. If the parties file their proposed discovery plan within the time period specified and it is accepted by the court, the scheduling conference may be vacated and a case management order will be issued accordingly. If the hearing is vacated, the parties will be notified by text order in advance of the hearing. If no text order is entered, the parties should plan to appear in person on the time and date specified above.

5. The <u>plaintiff's counsel</u> is responsible for arranging the Rule 26(f) meeting and filing the proposed discovery plan with the Court.

6. The parties are advised that requests for conversions of the personal appearance to a telephone conference are routinely denied. While the Court seeks to minimize the inconvenience of travel, that inconvenience is not a ground to avoid personal appearance for what the Court considers an important proceeding.

ENTER this 15TH day of December, 2015,

s/Harold A. Baker
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE